**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JUDD A. GILEFSKY, SB# 198694
　E-Mail: Judd.Gilefsky@lewisbrisbois.com
SCOTT D. SHARP, SB# 334782
　E-Mail: Scott.Sharp@lewisbrisbois.com
JUSTIN TENG, SB# 357692
　E-Mail: Justin.Teng@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Tel: 213.250.1800 | Fax: 213.250.7900

Attorneys for Defendant, NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID ALVARADO, | Case No. 2:25-cv-01273-SPG-E |
| Plaintiff, | *Assigned To: Judge Sherilyn Peace Garnett*<br>*Referred to: Magistrate Judge Charles F. Eick* |
| vs. | **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| NISSAN NORTH AMERICA, INC., et al., | |
| Defendant. | |
| | Trial Date:　　None Set |

　　Plaintiff DAVID ALVARADO ("Plaintiff"), and Defendant NISSAN NORTH AMERICA, INC. ("Nissan") (all parties collectively as "The Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

155541806.1

JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1 WHEREAS, the Parties stipulate that the entire action, including all claims, are
2 hereby dismissed with prejudice as to the Defendant and the Parties jointly move to
3 dismiss this entire action with prejudice in its entirety.

5 DATED: April 10, 2025   JUDD A. GILEFSKY
                          SCOTT D. SHARP
                          JUSTIN TENG
                          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ Justin Teng*
      JUSTIN TENG
      Attorneys for Defendant, NISSAN
      NORTH AMERICA, INC.

13 DATED: April 10, 2025   ELEAZAR D. KIM
                           DOWNTOWN L.A. LAW GROUP

By: /s/*Eleazar Kim*
    ELEAZAR D. KIM
    Attorneys for Plaintiff, DAVID
    ALVARADO